UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

-v-                                                                          23-cr-359 (LAK)

SHAYN MARSHALL,

                     Defendant.

-------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      At the request of defendant Marshall, on September 27, 2023 this Court relieved Federal Defender Ariel Charlotte Werner and substituted CJA attorney Thomas Nooter to assume representation of the defendant by oral order.

      SO ORDERED.

October __/__, 2023

                                                             Lewis A. Kaplan
                                               United States District Judge